# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORVIN AVILA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION, et al.,<br><br>   Defendants. | Case No. 8:25-cv-00985-SRM-DFM<br><br>**ORDER GRANTING JOINT STIPULATION RE: BINDING ARBITRATION AND STAY OF PROCEEDINGS [14]** |

On May 9, 2025, Defendant Starbucks Corporation removed Plaintiffs' putative class action to this Court from the Superior Court of California, County of Orange, case number 30-2025-01467493-CU-OE-CXC (Dkts. 1, 4). Plaintiffs assert claims under the California Labor Code. (Dkt. 4 at 7-30). On June 11, 2025, the Parties filed a joint stipulation to stay the remainder of the proceedings pending completion of arbitration (Dkt. 14).

The Court, having considered the Parties' joint stipulation and finding good cause therefor, hereby **GRANTS** the joint stipulation and **ORDERS** as follows:

   1.   The Parties shall arbitrate Plaintiffs' individual claims against Defendant Starbucks Corporation pursuant to the Parties' Arbitration Agreements, as referenced in and attached to the Parties' Joint Stipulation, and the Federal Arbitration Act;

    2.    The arbitration shall fully comply with the requirements of *Armendariz v. Found. Health Psychcare Servs., Inc.*, 6 P.3d 669 (Cal. 2000),[1] in that the arbitration shall: (a) provide a neutral arbitrator; (b) allow sufficient discovery; (c) provide all types of relief available to Plaintiffs that would otherwise be available in Court; (d) provide a written arbitration award given by the arbitrator; and (e) require Defendants to pay all costs unique to arbitration;

    3.    Plaintiffs' class claims are **DISMISSED WITH PREJUDICE** as to Plaintiffs, and **DISMISSED WITHOUT PREJUDICE** as to the putative class members, pursuant to the class action waiver in the Parties' Arbitration Agreements; and

    4.    The remainder of this action, including Plaintiffs' individual claims, is stayed pending completion of the Parties' binding arbitration.

**IT IS SO ORDERED.**

Dated: June 13, 2025

_____
Hon. Serena Murillo
Judge of the United States District Court

---

[1] *See, e.g.*, *CarMax Auto Superstores Cal. LLC v. Hernandez*, 94 F. Supp. 3d 1078, 1099 (C.D. Cal. 2015).